**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Michael Elders, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2020-000891

---

Appeal from Lexington County
Brooks P. Goldsmith, Circuit Court Judge

---

Memorandum Opinion No. 2021-MO-011
Heard October 13, 2021 – Filed October 20, 2021

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson, and Assistant Attorney General Lillian L. Meadows, of Columbia, for Petitioner.

Taylor Davis Gilliam, of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Elders v. State*, Op. No. 2020-UP-093 (S.C. Ct. App. filed Apr. 8, 2020). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**